**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KSYCKI, JAMES | § | Case No. 09-34802-JS |
| KSYCKI, GERLADINE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DAVID GROCHOCINSKI, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 05/20/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  04/14/2011          By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                    Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: KSYCKI, JAMES    § Case No. 09-34802-JS
KSYCKI, GERLADINE    §
    §
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $ 10,003.36

*and approved disbursements of*    $ 427.59

*leaving a balance on hand of*  [1]    $ 9,575.77

**Balance on hand:**    $ 9,575.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 9,575.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,750.33 | 0.00 | 1,750.33 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,017.50 | 0.00 | 2,017.50 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 47.10 | 0.00 | 47.10 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,485.00 | 0.00 | 1,485.00 |

Total to be paid for chapter 7 administration expenses:    $ 5,299.93
Remaining balance:    $ 4,275.84

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00

Remaining balance:   $          4,275.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $          0.00

Remaining balance:   $          4,275.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 310,762.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 15,872.06 | 0.00 | 218.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | 3,686.84 | 0.00 | 50.73 |
| 3 | PYOD LLC its successors and assigns as assignee of | 61,383.97 | 0.00 | 844.58 |
| 4 | PYOD LLC its successors and assigns as assignee of | 47,766.78 | 0.00 | 657.22 |
| 5 | PYOD LLC its successors and assigns as assignee of | 19,537.15 | 0.00 | 268.81 |
| 6 | American Express Centurion Bank | 2,677.86 | 0.00 | 36.84 |
| 7 | American Express Centurion Bank | 5,789.40 | 0.00 | 79.66 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 8 | Chase Bank USA, N.A. | 19,563.82 | 0.00 | 269.18 |
| 9 | Chase Bank USA, N.A. | 22,002.30 | 0.00 | 302.73 |
| 10 | Chase Bank USA, N.A. | 19,712.28 | 0.00 | 271.22 |
| 11 | Chase Bank USA, N.A. | 18,938.99 | 0.00 | 260.58 |
| 12 | Chase Bank USA, N.A. | 10,913.09 | 0.00 | 150.15 |
| 13 | Chase Bank USA, N.A. | 29,506.22 | 0.00 | 405.97 |
| 14 | Chase Bank USA, N.A. | 20,023.68 | 0.00 | 275.50 |
| 15 | CHASE BANK USA,N.A. | 204.34 | 0.00 | 2.81 |
| 16 | GE Money Bank dba SAM'S CLUB DISCOVER | 1,328.42 | 0.00 | 18.28 |
| 17 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD | 6,050.98 | 0.00 | 83.26 |
| 18 | GE Money Bank dba SAM'S CLUB DISCOVER | 5,804.32 | 0.00 | 79.86 |

Total to be paid for timely general unsecured claims:    $        4,275.76
Remaining balance:    $        0.08

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:    $        0.00
Remaining balance:    $        0.08

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**                     0.00

Remaining balance:                     $                     0.08

Prepared By:   /s/DAVID GROCHOCINSKI, TRUSTEE

Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-34802-JHS
James E. Ksycki                                                 Chapter 7
Geraldine L. Ksycki
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Apr 15, 2011
                              Form ID: pdf006          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
```
db/jdb      James E. Ksycki,   Geraldine L. Ksycki,   9 S. 564 Lorraine Drive,   Burr Ridge, IL  60527-7021
aty        +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
aty        +David M. Spala,   David M. Spala, Attorney at Law,   946 S. Oak Park Avenue,
            Oak Park, IL 60304-1923
aty        +Michael A Phelps,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
tr         +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
            Orland Park, IL 60462-3760
14472217    A T & T Universal Card,   P.O. Box 6500,   Sioux Falls, SD  57117-6500
14859085    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14472220    American Express Gold Card,   P.O. Box 981535,   El Paso, TX  79998-1535
14472221    American Express Optima,   P.O. Box 981535,   El Paso, TX  79998-1535
14472222    Bank Of America,   P O Box 45224,   Jacksonville, FL  32232-5224
14955960   +CHASE BANK USA,N.A.,   c/o Creditors Bankruptcy Service,   P O BOX 740933,
            Dallas, TX 75374-0933
14472224    Cardmember Services,   P.O. Bos 15153,   Wilmington, DE  19886-5153
14472223    Cardmember Services,   P.O. Bos 15548,   Wilmington, DE  19886-5548
14472225   +Chase AZ1-2516,   1820 E. Sky Harbor Cir South,   Phoenix, AZ 85034-4812
14870468    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14472226    Chase Card Services,   P.O. Box 15922,   Wilmington, DE  19886-5922
14472227    Chase Home Finance,   National Recovery Group,   P.O. Box 29505,   Phoenix, AZ  85038-9505
14472229    Citi Cards,   P. O. Box 688902,   De Moines, IA  50368-8902
14472228    Citi Cards,   P. O. Box 660370,   Dallas, TX  75266-0370
14472230    Citibank (South Dakota), N.A.,   P.O. Box 660370,   Dallas, TX  75266-0370
14472231   +Citibank (South Dakota), N.A.,   Attn: CCU Mail Code 2236,   701 E. 60th Street North,
            Sioux Falls, SD 57104-0493
14472233   +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
14472216    David M Spala,   946 S Oak Park Avenue,   Oak Park, IL  60304-1923
14472234    FNB Eagle River,   400 E. Wall Street,   Eagle River, WI  54521
14472235   +GC Services LP,   6330 Gulfton,   Houston, TX 77081-1198
14472215    Ksycki Geraldine L,   9 S 564 Lorraine Drive,   Burr Ridge, IL  60527-7021
14472214    Ksycki James E,   9 S 564 Lorraine Drive,   Burr Ridge, IL  60527-7021
14472238    National City Bank,   P.O. Box 1820,   Dayton, OH  45401-1820
14472239   +Northland Group, Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
14813688   +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
            PO Box 19008,   Greenville, SC 29602-9008
14472240   +Thomas Huiner,   9 S 524 Lorraine Drive,   Hinsdale, IL 60527-7021
14472241   +United Collection Bureau, Inc.,   5620 Southwyck Blvd - Ste 206,   Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14472218   +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 15 2011 22:06:46
            Alliance One Receivables Management Inc.,   1160 Centre Pointe Drive - Ste #1,
            Mendota Heights, MN 55120-1270
14472219   +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 15 2011 22:06:46
            Alliance One Receivables Management Inc.,   4850 Street Rd - Ste 300,   Trevose, PA 19053-6643
14472232   +E-mail/Text: administration@collectcorp.com Apr 15 2011 22:07:12     Collectcorp,
            P.O. Box 101928 - Dept 4947A,   Brimingham, AL 35210-6928
14472236   +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:07     GE Money Bank,
            Attn: Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
14601448    E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:06     GE Money Bank,
            c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
            Miami FL 33131-1605
14968876   +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:08
            GE Money Bank dba JCPENNEY REWARDS MASTERCARD,   Care of Recovery Management Systems Corp,
            25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14968875   +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:07
            GE Money Bank dba SAM'S CLUB DISCOVER,   Care of Recovery Management Systems Corp,
            25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14472237    E-mail/PDF: cr-bankruptcy@kohls.com Apr 16 2011 00:10:29     Kohl's,   P.O. Box 3043,
            Milwaukee, WI  53201-3043
                                                                                      TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14866356*    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Apr 15, 2011
                             Form ID: pdf006           Total Noticed: 40

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**                          **Signature:**     _Joseph Speetjens_